# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00374JMS-01 |
| CASE NAME: | United States of America vs. Josue Alonzo |
| ATTYS FOR PLA: | Louis A. Bracco |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | Sign Language Interpreter:  Martin Hiraga |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 2/7/2006 | TIME: | 11:10 - 11:45 |

COURT ACTION:   Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present with counsel Loretta Faymonville.

Sign language interpreter Martin K. Hiraga sworn.

Defendant sworn.  Questioned by Court.

Advised of his constitutional rights, provisions of the Sentencing Guidelines.

Court read Count 1 of the indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Mr.  Bracco summarized the government's evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Count 1 of the Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing scheduled for Monday, June 5, 2006 at 2:15 p.m.  before the Honorable J. Michael Seabright.

Page 2
Criminal 05-00374JMS-01
U.S.A. vs. Josue Alonzo
February 7, 2006


During the colloquy between the Court and the defendant, the questions the Court has asked Mr. Alonzo have been interpreted to him by the sign language interpreter, but the answers have been orally given to the Court by Mr. Alonzo.

Bail: Ordered that defendant remain on bail under the same terms and conditions as previously imposed by Magistrate Judge.

Submitted by:   Dottie Miwa, Courtroom Manager

BAIL: