**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

at 11 o'clock and 00 min. A M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00374 JMS |
| ) | |
| Plaintiff, ) | DECLARATION OF INTERPRETER |
| vs. ) | |
| ) | |
| JOSUE ALONZO, (01) ) | |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, he has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated: Honolulu, Hawaii, FEB 0 7 2006            .

MARTIN K. HIRAGA