EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00374 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| JOSUE ALONZO, | ) | |
| | ) | DATE:  June 5, 2006 |
| Defendant. | ) | TIME:  2:15 p.m. |
| | ) | JUDGE:  J. Michael Seabright |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

A.  Introduction

       Defendant JOSUE ALONZO ("Alonzo") appears before this

Court for sentencing based upon his guilty plea.  On February 7,

2006, Defendant Alonzo pled guilty to possession with intent to

distribute in excess of 50 grams of methamphetamine in violation

of 21 U.S.C. § 841(a)(1).

B.  <u>Discussion</u>

Government counsel has reviewed the draft Presentence Report prepared by U.S. Probation Officer Kevin Teruya dated March 22, 2006.  We agree with the factual information[1] contained in the Presentence Report, as well as the calculation of the base offense level (level 36) and the total adjusted offense level (level 33).

We also agree with the determination that the defendant's criminal history category is III,[2] and that the advisory Guideline range for imprisonment is 168-210 months.  A 10-year statutory mandatory minimum term also applies.

C.  <u>Forfeitures</u>

No criminal forfeitures are involved in this prosecution.

D.  Motion for One-Level "Super Acceptance <u>Credit Pursuant to Guideline § 3E1.1(b)(2)</u>

The United States Attorney acknowledges that the defendant's agreement to plead guilty and entry of guilty plea were noticed in a timely manner, so as to permit the government to avoid preparing for trial as to the defendant.  Accordingly,

---

[1]  As to PSR ¶ 5, we note that Defendant Alonzo's prosecution is related to the prosecution(s) in <u>United States v. Anthony Chanco</u>, Cr. No. 05-00444 HG, <u>United States v. James Michael Hyde</u>, Cr. No. 06-00118 HG, and <u>United States v. Arturo Solis</u>, Cr. No. 06-00151 HG.

[2]  We note however, that a category III level may over-represent the defendant's actual criminal history behavior.

we herein move for a one-level reduction in sentencing offense level pursuant to guideline § 3E1.1(b)(2), as the defendant appears eligible for this benefit.  (PSR ¶ 25 has already credited the defendant with this one-level reduction.)

DATED:  April 7, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Louis A. Bracco
    LOUIS A. BRACCO
    Assistant U. S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

>       LORETTA FAYMONVILLE, ESQ.
>       loretta_faymonville@fd.org

>       Attorney for Defendant
>       JOSUE ALONZO

Served by hand-delivery:

>       Kevin Teruya
>       United States Probation Office
>       U.S. Courthouse, Room C-110
>       300 Ala Moana Boulevard
>       Honolulu, HI  96850

>       DATED:  April 7, 2006, at Honolulu, Hawaii.


>        /s/ Dawn M. Aihara