ORIGINAL

**THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE    # 3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone: (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
JOSUE ALONZO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 3 2006

at 3 o'clock and 12 min.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00374 JMS |
|  | ) |
| Plaintiff, | ) RESPONSE TO DRAFT |
|  | ) PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
|  | ) |
| JOSUE ALONZO, | ) DATE: June 5, 2006 |
|  | ) TIME: 2:15p.m. |
| Defendant. | ) JUDGE: J. Michael Seabright |
|  | ) |
| _____ | ) **[UNDER SEAL]** |



SEALED
BY ORDER OF THE COURT