PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE   #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:          fpdhi@hotmail.com

Attorney for Defendant
JOSUE ALONZO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No.  05-00374 JMS |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING  SENTENCING |
| vs. | ) DATE |
| | ) |
| JOSUE ALONZO, | ) Prev. date:   June 5, 2006 |
| | ) New date:    September 11, 2006 |
| Defendant. | ) |
| | ) |

STIPULATION AND ORDER CONTINUING  SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant's sentencing hearing now set for June 5, 2006, be

and is hereby continued to September 11, 2006 at 3:00 p.m., before Judge J. Michael Seabright.

    DATED:  Honolulu, Hawaii, May 24, 2006.

        /s/ Loretta A. Faymonville
        LORETTA A. FAYMONVILLE
        Attorney for Defendant
        JOSUE ALONZO

        /s/ Louis Bracco
        LOUIS BRACCO
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

    IT IS SO APPROVED AND ORDERED:

    DATED:  Honolulu, Hawaii, May 25, 2006.



        J. Michael Seabright
        United States District Judge