# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CRIMINAL 05-00374JMS-01

CASE NAME:          United States of America vs. Josue Alonzo

ATTYS FOR PLA:      Louis A. Bracco

ATTYS FOR DEFT:     Loretta A. Faymonville

INTERPRETER:        Martin Hiraga - Sign Language Interpreter
U. S.P.O.:          Kevin Teruya & Ellie Asasaki

JUDGE:    J. Michael Seabright          REPORTER:    Sharon Ross

DATE:     09/11/2006                    TIME:        3:00 - 3:50

COURT ACTION:  Sentencing to Count 1 of the Indictment:
Government's Motion for Downward Departure.  Defendant's Motion for Downward
Departure or in the Alternative to Continue Sentencing:

Defendant present with counsel Lori Faymonville.

Sentencing continued to Thursday, January 4, 2007 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager