PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
JOSUE ALONZO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-0374 JMS |
| | ) |
| Plaintiff, | ) EXONERATION OF AGREEMENT |
| | ) TO FORFEIT PROPERTY |
| vs. | ) |
| | ) |
| JOSUE ALONZO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**EXONERATION OF AGREEMENT TO FORFEIT PROPERTY**

On October 20, 2005, an Agreement to Forfeit Property was filed in this case.  The purpose of the Agreement was to assure that the Defendant, JOSUE ALONZO, attended all court appearances and surrendered to serve any sentence imposed.  The Agreement was executed by the Defendant, and by Georgina

Romero, the owner of the property that is the subject of the Agreement, which is located at 844 Ohio Avenue, Long Beach, California, 90804.

Defendant JOSUE ALONZO attended all scheduled court appearances, and on March 12, 2007 was sentenced to a term of 72 months in the Bureau of Prisons. He was ordered to surrender for service of his sentence on June 19, 2007. Mr. Alonzo surrendered as ordered and has been in the custody of the Bureau of Prisons since June 19, 2007.

All purposes of the Agreement to Forfeit Property filed in this case on October 20, 2005 having been met, the Agreement to Forfeit Property is hereby exonerated.

Dated: Honolulu, Hawaii, July 19, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

APPROVED AS TO FORM:
/s/ Louis Bracco
LOUIS BRACCO
Assistant United States Attorney

United States v. Josue Alonzo, Cr. No. 05-0374

EXONERATION OF AGREEMENT TO FORFEIT PROPERTY