IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00374 JMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | REDUCTION OF SENTENCE |
| vs. | ) | PURSUANT TO FEDERAL RULE |
| | ) | OF CRIMINAL PROCEDURE 35(b) |
| JOSUE ALONZO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)**

On March 4, 2008, the United States filed a motion seeking an order from this court reducing the sentence of defendant Josue Alonzo ("defendant") pursuant to Federal Rule of Criminal Procedure 35(b).

Rule 35(b)(1) provides:

> Upon the government's motion made within one year of sentencing, the court may reduce a sentence if: (A) the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person; and (B) reducing the sentence accords with the Sentencing Commission's guidelines and policy statements.

Defendant was sentenced by this court on March 12, 2007. During the sentencing hearing, the court granted the United States' motion for downward departure pursuant to United States Sentencing Guideline § 5K1.1. Taking into

consideration all of defendant's cooperation up to the time of sentencing, *see United States v. Awad*, 371 F.3d 583 (9th Cir. 2004), and the 18 U.S.C. § 3553(a) sentencing factors, the court sentenced defendant to 72 months of incarceration.[1]

The government's present motion demonstrates that after his sentencing date, but within one year of that date, defendant provided further substantial assistance in the investigation and prosecution of another person. Specifically, after March 12, 2007, defendant continued to cooperate and was available to testify for the United States in the trial of Frank Garcia.[2] Such testimony was not needed, however, after Garcia entered a plea of guilty on May 1, 2007.

The United States, although seeking a further departure pursuant to Rule 35(b), claims that defendant was less than truthful with the United States regarding his own culpability. For instance, Garcia claimed that defendant was involved in drug transactions beyond those disclosed by defendant to authorities. The United States points out that although defendant acknowledged that Garcia paid his expenses to Hawaii on several prior occasions, defendant denied that the

---

[1] Defendant's advisory guideline range was 108 to 135 months, based on a total offense level 31, criminal history category I.

[2] Defendant's October 2006 grand jury testimony contributed to Garcia's indictment. That cooperation was taken into consideration by the court during defendant's March 12, 2007 sentencing.

prior trips involved illegal activity.  According to the United States, defendant was never able to credibly explain why Garcia paid his expenses for trips from California to Hawaii.

In a March 20, 2008 Response to the United States' Rule 35(b) motion, defendant disputes the United States' characterization of his cooperation. Defendant claims that the United States has no valid basis to credit Garcia's version of events over his, particularly given the fact that the United States is relying on Garcia's unsworn sentencing statement, without the benefit of a face-to-face debriefing, regarding defendant's role.

Based on the United States' Rule 35(b) motion, defendant's response, and the entire record of this matter, the court GRANTS the government's motion and orders a further reduction of 12 months.  The court finds that a 12 month reduction is appropriate and warranted based on the limited nature of defendant's cooperation after March 12, 2007.  The court therefore orders that defendant's

///

///

///

///

///

original sentence of 72 months imprisonment be reduced by 12 months to a new sentence of 60 months imprisonment.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, March 24, 2008.



      /s/ J. Michael Seabright
      J. Michael Seabright
      United States District Judge

*United States v. Alonzo*, Criminal No. 05-00374 JMS; Order Granting Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b)