RECORDING REQUESTED BY:
Stewart Title of California
WHEN RECORDED MAIL TO:
Georgina Romero
844 Ohio Ave
Long Beach, Ca 90804
ORDER NO: 2850-103793
ESCROW NO: 2856-103793

CR 05-00374 JMS

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Substitution of Trustee and Full Reconveyance

APN: 7262-016-015

WHEREAS, Georgina Ruiz Romero was the original Trustor, United Title Company the original Trustee, and U.S. District Court Clerk the original Beneficiary, under that certain Deed of Trust dated October 5, 2005 and recorded on October 27, 2005, as Instrument Number 2005-2429783, in the Official Records of the County of Los Angeles, State of California, and affecting the land described in said Deed of Trust, and

WHEREAS the undersigned is the present Beneficiary and holder of the Note under said Deed of Trust; and whereas the undersigned Beneficiary desires to substitute a new Trustee under said Deed of Trust in place and stead of, now therefore, the undersigned hereby substitutes (themselves, himself, herself) as Trustee under said Deed of Trust and does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the Estate now held by him thereunder.

Dated:   May 19, 2008

U.S District Court Clerk

By: Sue Beitia
Its:

STATE OF HAWAII
COUNTY OF Honolulu

On May 19, 2008 before me, Eileen C. Sakoda
_____, (here insert name and title of the officer),
personally appeared   Sue Beitia
_____,
who proven to me on the basis of satisfactory evidence to be the person(s), whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____
Eileen C. Sakoda
My commission expires 7-20-2012

[Notary Seal: EILEEN C. SAKODA, NOTARY PUBLIC, STATE OF HAWAII]